IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GUANGDONG BOSTAR TECHNOLOGY CO., LTD.** <br> Plaintiff/Petitioner <br> vs. <br> **BELAIR ELECTRONICS INC.** <br> Defendant/Respondent | Case No.: **22-CV-01866** <br><br> AFFIDAVIT OF SERVICE OF <br> **SUMMONS; COMPLAINT** |

I, **Rodney Kern**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. 129.029967, located at 633 Yesler Way, Seattle, WA 98104.

On the **5th day of May, 2022 at 9:51 AM**, I, **Rodney Kern**, SERVED BelAir Electronics, Inc at **5723 Antler Ln, Westmont, DuPage County, IL 60559** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Gregory Kim**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Gregory Kim who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Asian male contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with an accent.**

Service Fee Total: **$85.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

NAME: _Rodney Kern_   129.029967   05/06/2022
Rodney Kern   Server ID #   Date


REF: **REF-9936964**

Page 1 of 1
Tracking #: **0086627977**
